IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO. 4:05cr16-RH

**CRAIG RUSSELL,**  DOCKET NO. 4:05mj24-WCS

    **Defendant.**
_____/

### ORDER MODIFYING CONDITIONS OF RELEASE

This cause is before the Court upon the Government's request for modification of the release order entered on June 23, 2005. Doc. 12.

Accordingly, it is **ORDERED** that the Defendant shall submit to blood testing for use of controlled substances by his private physician, at his expense, as directed by his supervising officer. All other conditions of release contained in the June 23, 2005, order shall remain in full force and effect.

**DONE AND ORDERED** on August 4, 2005.

　　　　　　　　　　　　　　　　　　s/ William C. Sherrill, Jr.
　　　　　　　　　　　　　　　　　　WILLIAM C. SHERRILL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE